

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00604-CR

Ex parte Clifford Leon Reed Jr.

On Appeal from the
85th District Court of Brazos County, Texas
Trial Court Cause No. 20-04058-CRF-85

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

February 9, 2023